NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**GLENN. A. NORMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7038

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-228, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Glenn A. Norman moves without opposition to stay proceedings in this appeal pending the Supreme Court's disposition in *Henderson v. Shinseki*, Supreme Court No. 2009-1036.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay is granted. Norman is directed to inform the court within 30 days of the disposition of *Henderson* how he believes this appeal should proceed. The Secretary of Veterans Affairs may also respond within that time.

FOR THE COURT

JAN 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas J. Rosinski, Esq.
     Tara K. Hogan, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 2 5 2011

JAN HORBALY
CLERK